IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD MOCKELMAN,<br><br>    Defendant. | 4:15CR3023<br><br>ORDER |

  This matter is before the court on United States of America's Motion to Continue, (Filing No. 4), the Defendant's Initial Appearance currently set for March 26, 2015. Defendant informed Plaintiff's counsel he will out of the district on the aforementioned date. Therefore,

  IT IS ORDERED: Plaintiff's motion to continue, (Filing No. 4) is granted. Defendant's Initial Appearance is continued until April 6, 2015 at 2:30 p.m. in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart and a summons shall be issued accordingly.

  Dated this 23rd day of March, 2015

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge