IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3023 |
| v. | ) | |
| RONALD MOCKELMAN, | ) | ORDER |
| Defendant. | ) | |

A petition for a warrant has been filed and I have been told that the defendant is in the custody of state authorities, apparently in Boston, Massachusetts. With that understanding,

IT IS ORDERED that:

(1) The Assistant United States Attorney handling this case, Alan L. Everett, shall prepare a writ and present it to the Clerk of Court for issuance.

(2) John C. Vanderslice, Assistant Federal Public Defender, is herewith appointed to represent the offender.

DATED this 31st day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge