IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:15CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD MOCKELMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the Assistant Federal Public Defender,

IT IS ORDERED that the Writ of Habeas Corpus Ad Prosequendum (filing no. 58) is withdrawn. The initial appearance scheduled for July 12, 2017, is cancelled. The Assistant Federal Public Defender shall advise the prosecutor, the probation officer and the undersigned when the matter in Boston has been resolved. The United States Marshal Service shall take care to file a detainer in the Boston matter.

DATED this 16th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge