IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3023 |
| vs. | |
| RONALD MOCKELMAN, | ORDER |
| Defendant. | |

Defendant was afforded an opportunity for a hearing, but is currently being held in state custody in Boston, MA, on related charges. Defendant was advised of the federal charges and agreed to waive the right to a detention hearing at this time. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,

IT IS ORDERED:

    Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant and return him to the District of Nebraska for further proceedings in this court.

June 16, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge