IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3023 |
| v. | ) | |
| RONALD MOCKELMAN, | ) | ORDER |
| Defendant. | ) | |

Mr. Vanderslice has orally moved to withdraw as defense counsel and I have granted the motion. I have set this matter for 3:00 p.m. on Friday, September 22, 2017. Therefore,

IT IS ORDERED that:

(1) I herewith appoint Michael D. Gooch as defense counsel. The Federal Public Defender shall provide Mr. Gooch with the appropriate CJA voucher materials.

(2) Mr. Gooch shall immediately contact Mr. Vanderslice and then contact the defendant at Saline County Jail in order to be able to proceed on Friday at 3:00 p.m. The question is essentially whether Mr. Mockelman wishes to proceed with an admission to the petition for an offender under supervision or whether he wishes to deny the allegation which would require an evidentiary hearing to be scheduled in the future.

(3) The Clerk of Court shall provide a copy of this order to Michael D. Gooch, AFPD John Vanderslice, AUSA Alan Everett, and John Cambridge in the Federal Public Defender's Office.

DATED this 20th day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge