IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3023 |
| vs. | ORDER |
| RONALD MOCKELMAN, | |
| Defendant. | |

Based on the evidence presented during the hearing held yesterday, the court finds probable cause to believe Defendant committed the offense described in the pending Petition for Offender Under Supervision. (Filing No. 85).

Accordingly,

IT IS ORDERED that as to the allegations within the pending Petition for Offender Under Supervision, (Filing No. 85), Defendant shall appear at a supervised release revocation hearing before Senior District Judge Richard G. Kopf, such hearing to be scheduled following Defendant's psychological assessment by the Bureau of Prisons.

December 19, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge