# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,      )          4:15CR3023
                               )
    v.      )
                               )
RONALD MOCKELMAN,              )          ORDER
                               )
    Defendant.      )
                               )

At the request of the Probation Officer to expedite this matter due to the alleged misbehavior of Defendant,

IT IS ORDERED that Defendant's violation of supervised release hearing is rescheduled to Thursday, May 24, 2018, at 1:00 p.m., before the undersigned Senior United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant must appear in person. The Clerk shall mail a copy of this order to Defendant at his last known address.

DATED this 17th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge