IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD MOCKELMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant Ronald Mockelman's Motion for Leave to Appeal in Forma Pauperis (filing no. 124) is granted.

DATED this 29th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge