IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3023 |
| v. | ) | |
| RONALD MOCKELMAN, | ) | ORDER |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a motion.

(2) Treating the defendant's letter as a motion, it is denied.

(3) The Clerk of Court shall send a copy of this order to the defendant at the defendant's last known address.

DATED this 20th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge